IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ARNEZ PROBY**                                                       **PLAINTIFF**

**v.**                                                           **CAUSE NO. 1:23cv55-LG-RPM**

**SHELLPOINT MORTGAGE SERVICING**                                        **DEFENDANT**

## JUDGMENT

In accordance with the Order Granting Defendant's Motion to Dismiss entered herewith, the Court finds that this lawsuit should be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Arnez Proby's lawsuit against the defendant is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.

**SO ORDERED AND ADJUDGED** this the 5th day of April, 2023.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    UNITED STATES DISTRICT JUDGE